UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 17 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

UNITED STATES OF AMERICA, )
) 2:17-CR-173-JCM-CWH
Plaintiff, )
)
vs. )
)
JENNIFER CRYSTAL DOWNING )
)
Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#3-1), sentencing having been imposed on April 11, 2016. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| Payee | Amount |
|---|---|
| CHARLS GERWICK | 33.35 |
| DAVID MARSON | 34.63 |
| GEOFFREY RICH | 20.15 |
| JOSEPH SORENSEN | 28.78 |
| JOY ESTES | 28.27 |
| LEON SUTTON | 6.82 |
| MEGAN SANDEFUR | 25.13 |
| PATRICK FEDER | 31.24 |
| REBECCA GUERRERO | 20.15 |
| ROBERT SHULTS | 6.82 |
| RONALS KATONA | 20.15 |

| | |
|---|---|
| STEVEN BARBOUR | 22.40 |
| TIM LARSON | 52.33 |
| WILLIAM SPEARMAN | 50.00 |

**Total Amount of Restitution ordered: $380.22**\*\*
\*\*This is the balance of restition owed to these victims as of 9/6/2018.

Dated this \_\_\_17th\_\_\_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE